# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

January 12, 2021

**MEMO ENDORSED**

VIA ECF
Hon. Kenneth M. Karas
United States District Court
United States Court House
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:   *Knolley et al v. The Shade Store LLC*, 7:20-cv-05294 (S.D.N.Y.) (KMK)(PED)

Dear Judge Karas:

I represent Plaintiffs in the above-referenced wage and hour action, which includes claims brought under the Fair Labor Standards Act. The parties have memorialized a settlement agreement on behalf of the three named Plaintiffs and the one opt-in Plaintiff. The parties request permission to file under seal the proposed Settlement Agreement and papers in support of approval due to the sensitive nature of the information contained therein.

Denied. The Second Circuit has made clear its disfavor of sealed settlements in FLSA cases. If the Parties have authority for their request, they may submit it, but it must justify the complete sealing of the settlement, as opposed to redacting information the sealing of which is supporting by compelling reasons.

So Ordered.

Respectfully submitted,

/s/ Catherine E. Anderson

Catherine E. Anderson

cc:  All Counsel of Record via ECF
1/12/21

90 Broad Street, 10th Floor, New York, New York 10004; tel: (212) 847-8315
email: canderson@gslawny.com