# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

May 4, 2021

BY ECF
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Court House
300 Quarropas Street, Chamber 533
White Plains, New York 10601-4150

**MEMO ENDORSEMENT**

Re: *Knolley, et al., v. The Shade Store LLC*,
Case No. 7:20-cv-05294-KMK-PED

Dear Judge Karas,

My firm, together with the Markham Law Firm and the Law Offices of Roosevelt N. Nesmith, LLP, hereby submit additional information as ordered by the Court on April 21, 2021, in further support Plaintiffs' Unopposed Motion for Approval of Settlement.

Attached hereto as **Exhibit A** is the Declaration of Catherine E. Anderson, which includes, *inter alia*, complete billing and expense records and a detailed breakdown of Plaintiffs' recovery calculations. Attached here as **Exhibit B** is the Declaration of David R. Markham, which includes, *inter alia*, complete billing and expense records. Attached hereto as **Exhibit C** is the Declaration of Roosevelt N. Nesmith, which includes, *inter alia*, complete billing records.

The additional information submitted herewith further demonstrates that the Settlement is fair, reasonable and adequate, that the requested attorneys' fees and expense reimbursements are reasonable, and that approval should be granted.

Respectfully submitted,

Catherine E. Anderson

The Court is satisfied that the proposed settlement satisfies *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and as such the settlement is approved. The Clerk of Court is directed to close this case.

White Plains, NY
June 2, 2021

SO ORDERED
KENNETH M. KARAS U.S.D.J.

1